# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

Date: October 26, 2023

| | |
|---|---|
| DAVID M. POARCH, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. CIV-23-798-PRW |
| ) | |
| UNIT CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**ENTER ORDER:**

    Before the Court is Unit Corporation's Motion to Dismiss Under Fed.R.Civ.P.12(B)(3) and 12(B)(6) and 28 U.S.C. § 1406 or, in the Alternative, to Transfer Venue Under 28 U.S.C. §§ 1404 with Brief in Support (Dkt. 8) filed October 10, 2023. On October 23, 2023, Plaintiff filed an Amended Complaint (Dkt. 13). Because an Amended Complaint has been filed, the Court finds that Unit Corporation's Motion to Dismiss (Dkt. 8) is now **MOOT**.

By direction of Judge Patrick R. Wyrick, we have entered the above enter order.

                                                                           Carmelita Reeder Shinn, Clerk

                                                                           By:    s/*Kathy Spaulding*
                                                                                        Deputy Clerk