IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID M. POARCH; R. BRETT KRAMER, individually and as trustee of the R. Brett Kramer Trust B; and PJ OIL LLC, On Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>UNIT CORPORATION,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Case No. CIV-23-00798-PRW<br>)<br>)<br>)<br>) |

**ORDER**

Before the Court is Mia Vahlberg, Mark Sanders, Scott Kiplinger, Ashlyn Smith and the Gable Gotwals law firm's (collectively, "Counsel") Motion to Withdraw as counsel of record for Defendant Unit Corporation (Dkt. 19). The stated reason for the withdrawal is that Counsel's further representation of Defendant would create a business conflict. LCvR 83.5 permits withdrawal of an attorney so long as (1) the withdrawing attorney gives reasonable notice to their client and all other parties who have appeared in the case and (2) the judge assigned to the case grants leave to withdraw. Furthermore, LCvR 83.5 permits the Court to impose conditions upon the withdrawal, including the condition that subsequent papers may continue to serve upon counsel for forwarding purposes unless and until the client appears *pro se* or by other counsel.

Having considered the matter, and for good cause shown, the Court hereby **GRANTS** the Motion (Dkt. 19). However, because no other counsel has entered an

appearance in this case on Defendant's behalf, the Court also imposes the following conditions, as authorized by LCvR 83.5:

1. Counsel's withdrawal from representation of Defendant is effective immediately.
2. Counsel shall continue to accept service of other papers in connection with this lawsuit on behalf of Defendant for thirty (30) days.
3. Counsel shall immediately file a written notice of Defendant's mailing address and telephone number for purposes of serving other papers upon Defendant after those thirty (30) days expire.
4. Counsel shall provide a copy of this Order to Defendant immediately.

Further, in view of Counsel's withdrawal, Defendant Unit Corporation is given until December 20, 2023, to either:

A. obtain substitute counsel who shall enter his or her appearance in this case by December 20, 2023; or
B. be deemed to have elected to proceed pro se.

**IT IS SO ORDERED** this 20th day of November 2023.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE