IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

DAVID M. POARCH; R BRETT KRAMER, )
individually and as trustee of the R. Brett )
Kramer Trust B; and PJ Oil LLC, On Behalf of )
Themselves and all Others Similarly Situated, )
)
            Plaintiffs, )
)
v. )   Case No. CIV-23-798-PRW
)
UNIT CORPORATION, )
)
           Defendants. )

## NOTICE OF DEFENDANT'S MAILING ADDRESS AND TELEPHONE NUMBER

COME NOW Mia Vahlberg, Mark Sanders, Scott Kiplinger, Ashlyn Smith and the Gable Gotwals law firm (collectively, "Counsel") and, pursuant to this Court's Order [Dkt. 20] granting Counsel's Motion to Withdraw [Dkt. 19] as counsel of record for Defendant Unit Corporation ("Defendant"), give notice of the following address and telephone number of Defendant:

Unit Corporation
c/o Drew Harding
P.O. Box 702500
Tulsa, Oklahoma
74170-2500
(918) 493-7700

Respectfully submitted,

*/s/ Ashlyn M. Smith*
Scott Kiplinger, OBA No. 33938
Ashlyn M. Smith, OBA No. 34025
**GABLEGOTWALS**
499 West Sheridan Avenue
BOK Park Plaza, Suite 2200
Oklahoma City, OK 73102
Telephone:  (405)  235-5500
Facsimile:  (405) 235-2875
Email:  skiplinger@gablelaw.com
          asmith@gablelaw.com

-and-

Mia Vahlberg, OBA No. 20357
Mark D.G. Sanders OBA No. 22922
**GABLEGOTWALS**
110 N. Elgin Avenue, Suite 200
Tulsa, OK  74120-1490
(918) 595-4800
(918) 595-4990 (fax)
Email:  mvahlberg@gablelaw.com
          msanders@gablelaw.com

## CERTIFICATE OF SERVICE

  I hereby certify that on November 21, 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Robert J. Bartz
Douglas J. McGill

                */s/ Ashlyn M. Smith*
                Ashlyn M. Smith