# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID M. POARCH, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Case No. CIV-23-00798-PRW |
| UNIT CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court are the Motion to Dismiss (Dkt. 24), filed by Defendant Unit Corporation ("Unit"), Plaintiffs' Response (Dkt. 35), and Unit's Reply (Dkt. 36).

On December 20, 2023, Unit filed the instant Motion to Dismiss (Dkt. 24). On the same day, it also filed a motion in the bankruptcy court presiding over the Chapter 11 case that sparked this dispute (Dkt. 164 in *In re: Unit Petroleum Company*, Case No. 20-32738 (Bankr. S.D. Tex.)), seeking, among other things, an order compelling Plaintiffs to dismiss this case. On January 29, 2024, Bankruptcy Judge Christopher M. Lopez held a hearing on the matter and took it under advisement. (Dkt. 172 in *In re: Unit Petroleum Company*).

Resolution of Unit's motion in the bankruptcy court will thus directly impact the disposition of this matter. And the bankruptcy court, having considerably more familiarity with the matter, is best situated to resolve the common questions raised in to the two motions. Accordingly, the Court holds in abeyance its ruling on the Motion and:

1

2

(1) **STAYS** this matter pending resolution of Unit Corporation's Motion for an Order Enforcing the Confirmation Order (Dkt. 164 in *In re: Unit Petroleum Company*);

(2) **DIRECTS** the Court Clerk to administratively close this matter in her records, pending resolution of said motion; and

(3) **DIRECTS** the parties to notify the Court about the outcome within fifteen (15) days of Bankruptcy Judge Lopez's disposition of the matter. Said notice must advise the Court as to whether the stay should be lifted and the case reopened for further proceedings.

**IT IS SO ORDERED** this 20th day of September 2024.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE