# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DAVID M. POARCH, *et al*., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. CIV-23-00798-PRW |
| UNIT CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT REPORT ON STATUS OF CASE

This matter is currently subject to a stay pending resolution of an appeal from an Order in the United States Bankruptcy Court, Southern District of Texas. Pursuant to this Court's Order dated June 13, 2025 (Dkt. 47), the Parties file this notice of decision and joint status report to advise the Court that Judge Hank of the United States District Court, Southern District of Texas Houston Division entered an order on March 31, 2026, affirming the ruling from the United States Bankruptcy Court for the Southern District of Texas (the "District Court Order"). On April 13, 2026, Unit filed a Notice of Appeal, appealing the District Court Order and pursuing its appellate remedies in the United States Court of Appeals for the Fifth Circuit. Defendant Unit Corporation ("Defendant") respectfully requests that the Court maintain the current stay of the proceedings in this case while this matter proceeds through the appellate system to final resolution. Plaintiffs David M. Poarch, et al. object to the continuation of stay. The parties will separately submit briefing providing their reasons for or against the continuation of the stay by April 21, 2026.

*/s/  Laura J. Long*

Spencer F. Smith, OBA No. 20430
Laura J. Long, OBA No. 22215
**MCAFEE & TAFT A PROFESSIONAL
CORPORATION**
Eighth Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-9621
Facsimile:  (405) 235-0439
spencer.smith@mcafeetaft.com
laura.long@mcafeetaft.com

**-AND-**

L. Vance Brown
Eric L. Huddleston
**ELIAS BOOKS BROWN & NELSON, P.C.**
Two Leadership Square
211 N. Robinson, Suite 1300 South
Oklahoma City, Oklahoma 73102
Telephone: (405) 208-8555
vbrown@eliasbooks.com
ehuddleston@eliasbooks.com

**-AND-**

Of Counsel:
T. Ray Guy, Esq.*
Mark A. Platt, Esq.*
**FROST BROWN TODD LLP**
2101 Cedar Springs Road, Suite 900
Dallas, Texas 75201
Telephone: (214) 580-5852
Facsimile:  (214) 545-3472
mplatt@fbtlaw.com

2

Kenneth R. Breitbeil, Esq.*
**FROST BROWN TODD LLP**
4400 Post Oak Parkway, Suite 2850
Houston, Texas 77027
Telephone: (713) 590-9330
Facsimile:  (713) 824-7003
kbreitbeil@fbtlaw.com
**ATTORNEYS FOR DEFENDANTS**


*/s/  Douglas J. McGill*
Douglas J. McGill (admitted *pro hac vice*)
**WEBBER MCGILL LLC**
100 E. Hanover Avenue, Suite 401
Cedar Knolls, New Jersey 07927
Telephone: (973) 739-9559
Facsimile:  (973) 739-9575
dmcgill@webbermcgill.com

Robert J. Bartz, OBA No. 580
**BARBER & BARTZ, P.C.**
525 S. Main Street, Suite 800
Tulsa, Oklahoma 74103-4511
Telephone: (918) 599-7755
Facsimile:  (918) 599-7756
rbartz@barberbartz.com
**ATTORNEYS FOR PLAINTIFFS**

3

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 14th day of April 2026, caused a true and correct copy of the foregoing document to be filed via the Court's CM/ECF system, which will affect service on all counsel or record listed below:

Robert J. Bartz, OBA No. 580
**BARBER & BARTZ, P.C.**
525 S. Main Street, Suite 800
Tulsa, Oklahoma 74103-4511
Telephone: (918) 599-7755
Facsimile:  (918) 599-7756
rbartz@barberbartz.com


Douglas J. McGill (admitted *pro hac vice*)
**WEBBER MCGILL LLC**
100 E. Hanover Avenue, Suite 401
Cedar Knolls, New Jersey 07927
Telephone: (973) 739-9559
Facsimile:  (973) 739-9575
dmcgill@webbermcgill.com

**ATTORNEYS FOR PLAINTIFFS**


/s/ *Laura J. Long*

4